

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE ESTATE OF | § | No. 08-21-00151-CV |
| JOSEPH ABRAHAM, SR., | § | Appeal from the |
| DECEASED. | § | Probate Court No. 1 |
| | § | of El Paso County, Texas |
| | § | (TC# 98-P00876) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the trial court's judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and his sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF DECEMBER, 2022.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.